**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2285

JESSIE FOGGIE,

Plaintiff - Appellant,

versus

SEARS ROEBUCK AND COMPANY; MARK TESTMAN,

Defendants - Appellees,

and

LINDA HERRING; ROBERT SHORD; JIM WHITE; VOLLIE
DYER; DAVID WILKINS; JANE SMITH; KEIR SUTTON;
DELORES TAYLOR,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Anderson. G. Ross Anderson, Jr., District Judge.
(CA-00-496-8)

Submitted: February 22, 2001     Decided: February 27, 2001

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jessie Foggie, Appellant Pro Se.  Stephen Floyd Fisher, Anna Maria Darwin, JACKSON, LEWIS, SCHNITZLER & KRUPMAN, Greenville, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jessie Foggie appeals from the district court's order denying her motion for reconsideration filed pursuant to Fed. R. Civ. P. 59(e).  Our review of the record discloses that this appeal is without merit.  Foggie's motion for reconsideration does not demonstrate that her underlying action was improperly dismissed.  We therefore find that the district court's denial of her Rule 59(e) motion was not an abuse of discretion,[*] and affirm the district court's order on the reasoning of the district court.  Foggie v. Sears Roebuck & Co., No. CA-00-496-8 (D.S.C. Aug. 30, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

———————

[*] United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982).

2